DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 008PA14 | High Point Bank and Trust Company v. Highmark Properties, LLC, Mitchell Blevins, Cynthia Blevins, Charles Williams, and Janice Williams | Plt's Motion to Amend the Record on Appeal | Allowed **11/12/2014** |
|---|---|---|---|
| 009A14 | Jorge Tovar-Mauricio, Edemias Deleon Morales, Mario M. Tovar, Ranulfo Deleon Vasquez, Bernabe Francisco Calixto, Tomas Martinez Guerrero, and Gabriel Dominguez-Contrera, Employees v. T.R. Driscoll, Inc., Employer and General Casualty Insurance Company; Carolinas Roofing and Sheet Metal Contractors Self-Insured Fund, Carrier | 1. Def's (Carolinas Roofing and Sheet Metal Contractors Self-Insured Fund) Notice of Appeal Based Upon a Dissent (COA13-517)<br><br>2. Def's (Carolinas Roofing and Sheet Metal Contractors Self-Insured Fund) PDR as to Additional Issues<br><br>3. Def's (Casualty Insurance Company) PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br><br>2. Allowed<br><br><br>3. Allowed |
| 016P14-2 | State v. Richard Stephen Burcham | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Forsyth County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br><br>2. Allowed |
| 019P14 | State v. Randy Benjamin Bartlett | State's PDR Under N.C.G.S. § 7A-31 (COA13-471) | Allowed |
| 021A14 | David M. Morgan, Employee v. Morgan Motor Company of Albemarle, Employer and Brentwood Services, Inc., Servicing Agent for the North Carolina Auto Dealers Association Self-Insurer's Fund, Carrier | 1. Plt's Notice of Appeal Based on Dissent (COA12-1485)<br><br>2. Plt's PDR as to Additional Issues | 1. —<br><br><br>2. Denied |